**No. 67883.**—C. J. Tower & Sons of Niag., Inc. *v.* United States, protests 60/27784, etc. (Buffalo).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *C. J. Tower & Sons of Nia., Inc.* v. *United States* (48 Cust. Ct. 229, C.D. 2340), the claim of the plaintiff was sustained.

**No. 67884.**—Langfelder, Homma & Carroll, Inc. *v.* United States, protests 63/5073 and 63/5077 (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 9, 1963

**No. 67885.**—Radio Parts Company *v.* United States, protest 59/6822 (San Diego).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of testers similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.